**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Angelica Bustos and Samuel Taylor, Defendants,

Of whom Angelica Bustos is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2022-000150

―――――――――

Appeal From Greenville County
Rochelle Y. Conits, Family Court Judge

―――――――――

Unpublished Opinion No. 2022-UP-288
Submitted June 21, 2022 – Filed June 29, 2022

―――――――――

**AFFIRMED**

―――――――――

Matthew P Head, of Head Law Firm, LLC, of Greenville,
for Appellant.

Amanda Stiles, of South Carolina Department of Social
Services, of Greenville, for Respondent.

Robert A. Clark, of Greenville, for the Guardian ad Litem.

―――――――――

**PER CURIAM:**  Angelica Bustos appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2021).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Bustos's counsel.

**AFFIRMED.**[1]

**GEATHERS and HILL, JJ., and LOCKEMY, A.J., concur.**

―――――――――

[1] We decide this case without argument pursuant to Rule 215, SCACR.